IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Commonwealth of Pennsylvania      :
                                  :
            v.                    :      No. 28 C.D. 2016
                                  :
Burton Samuel Comensky,           :
                  Appellant       :

# **O R D E R**

NOW, December 27, 2016, having considered appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge